

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-18-00370-CV

**IN RE STATE NATIONAL INSURANCE COMPANY, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On June 4, 2018, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court **no later than June 27, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on June 12, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-088, styled *State National Insurance Co., Inc. v. Stonehouse Builders, LLC*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Bill R. Palmer presiding.